No. 09–11443. HOUSMAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 09–11444. MCGINNESS *v.* MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11445. LIDDELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11446. MEDLEY *v.* MCCLINDON ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–11447. HAMM *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 09–11448. DITTRICH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11449. CASTRO *v.* WILLIAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11450. DESOSA *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11451. CRUZ, AKA BENITEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11452. BOWMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11453. BUTTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11454. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11455. BISHOP *v.* FOSTER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11456. TANNER *v.* CHOCTAW CASINO OF DURANT, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–11457. SHRADER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11458. SANDSTROM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.